Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 19 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | First name: Rosemarie<br>Middle name: Lahaun<br>Last name: Elli<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 3 1 7<br>OR<br>9 xx – xx – __ __ __ __ | xxx – xx – __ __ __ __<br>OR<br>9 xx – xx – __ __ __ __ |

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1

Debtor 1 __Rosemaria__ _____ __C. Ellis__
First Name   Middle Name   Last Name

Case number (if known) _____

About Debtor 1:

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

EIN _ _ - _ _ _ _ _ _ _

EIN _ _ - _ _ _ _ _ _ _

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN _ _ - _ _ _ _ _ _ _

EIN _ _ - _ _ _ _ _ _ _

**5. Where you live**

631 S-76H ST
Number   Street

Chicago    IL  60653
City       State  ZIP Code

Cook
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

4135 S Ohio
Number   Street

P.O. Box _____

Gary    IN  46409
City    State ZIP Code

If Debtor 2 lives at a different address:

Number   Street

City    State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number   Street

P.O. Box

City    State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 2

Debtor 1  Rosemarie Calhoun Ellis  
    First Name    Middle Name    Last Name

Case number (if known) _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7  
☐ Chapter 11  
☐ Chapter 12  
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No  
☑ Yes.  District _____  When 07/12/17  Case number 15-23013  
    District _____  When 10/07/16  Case number 16-37129  
    District _____  When 04/17/16  Case number 16-19902

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No  
☐ Yes. Debtor _____  Relationship to you _____  
    District _____  When _____  Case number, if known _____

    Debtor _____  Relationship to you _____  
    District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.  
☑ Yes. Has your landlord obtained an eviction judgment against you?  
    ☐ No. Go to line 12.  
    ☑ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 3

Debtor 1 __Roxmarie LaShaun Ellis__
      First Name   Middle Name   Last Name

Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any: _____

Number  Street: _____

City _____ State ____ ZIP Code ____

Check the appropriate box to describe your business:
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☐ No

☒ Yes. What is the hazard? Black mold, tall floor, sag leaky walls inside basement unstable because of tree branches pushing it in from the ground and crack

If immediate attention is needed, why is it needed? they have plan to move to to the place that I live just stated

Where is the property? __4235 Ohio St.__
  Number  Street

__Gary__ IN __46409__
 City          State  ZIP Code

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 4

Debtor 1  __Doscmarie Lashaun Ellis_____ Case number (if known)_____
         First Name   Middle Name   Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 _Roxmane Loshaune Elli_
First Name / Middle Name / Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts. _parking tickets / Student loan_

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☒ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No
☒ Yes

**18. How many creditors do you estimate that you owe?**
☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _[signature]_    X _____
Signature of Debtor 1      Signature of Debtor 2

Executed on _02/ / 2018_     Executed on _____
MM / DD / YYYY          MM / DD / YYYY

Debtor 1 __Rormarē Lamaun Eli__  Case number (if known)_____
First Name  Middle Name  Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____  Date _____
Signature of Attorney for Debtor                     MM / DD / YYYY

Printed name: __Rormarē L. Eli__

Firm name: _____

Number Street: __621 E 40th St__

City: __Chicago__  State: __IL__  ZIP Code: __60653__

Contact phone: __219-902-2845__  Email address: __r-325y@hotmail.com__

Bar number: _____  State: _____

Debtor 1 __Roxmari Lashaun Ell_____ Case number (if known)_____
First Name   Middle Name   Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____   X _____
Signature of Debtor 1                            Signature of Debtor 2

Date   02 / 19 / 2018                            Date   ____ / ____ / _____
       MM / DD / YYYY                                    MM / DD / YYYY

Contact phone  219-902-2941   Contact phone _____

Cell phone     219-902-2941   Cell phone _____

Email address _____  Email address _____

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: )
)
)
)
Debtor (s) ) Case No.
)
Rosemarie L. Ellis ) Chapter 7
)
)

List of Creditors

| | |
|---|---|
| NIPSCO<br>900-1304 Martin Luther King Dr.<br>Gary IN 46409 | Peoples Gas<br>200 E. Randolph St,<br>Chicago IL 60601 |
| Indiana American Water Company<br>650 Madison St,<br>Gary IN 46403 | Harold Washington College<br>30 E. Lake Street<br>Chicago IL 60601 |
| Gary Sanitary District<br>839 Broadway<br>Gary IN 46409 | |
| Indiana Lake County Treasurer (property tax)<br>2293 N. Main St<br>Crownpoint IN 46303 | |
| ComEd Electric Utility Company<br>1604 W. Grand Ave<br>Chicago IL 60633 | |

| | |
|---|---|
| Devry University<br>3300 N. Campbell Ave,<br>Chicago, IL 60618 | Comcast Cable Service<br>5711 S. Western Ave<br>Chicago IL, 60636 |
| Robert Morris University<br>401 S. State St,<br>Chicago IL, 60605 | At & t<br>20923 S. Western Ave<br>Chicago Heights, IL 60411 |
| Car Credit Center<br>7600 S. Western Ave<br>Chicago IL, 60620 | Social Security Administration<br>104 S. Halsted St,<br>Chicago Heights 60411 |
| Chicago Car Center<br>5439 W. Cermak Rd,<br>Cicero IL, 60804 | City of Chicago Dept of Finance<br>400 W. Superior St,<br>Chicago IL, 60654 |
| Enterprise Rent A Car<br>6801 95th St. Oak Lawn IL,<br>60453 | Debt Management/<br>State Department of Treasurer<br>301 S. 2nd St # 219<br>Springfield IL, 62706 |
| Drive Time<br>7717 W. 95th St,<br>Hickory Hills, IL 60457 | Chicago Finance Department<br>500 W. Monroe St,<br>Chicago IL, 60661 |
| Uhaul Moving & Storage<br>1650 E. 71st St.<br>Chicago IL, 60649 | City of Chicago Tickets<br>121 N. La Salle St<br>Chicago IL, 60602 |
| JD Byrider<br>6349 Broadway<br>Merrillville IN, 46410 | Gary Indiana Traffic Tickets<br>555 Polk St,<br>Gary IN 46402 |
| Sprint<br>240 S. State St.<br>Chicago IL, 60604 | Commerce Bank<br>950 N. Western Ave # 6C<br>Lake Forest IL 60045 |
| Vivint Smart Home<br>(Crossings At Hobart, 2490 E.<br>79th Ave, Merrillville IN<br>46410 | Kohls<br>P.O. Box 30510 Los Angeles,<br>CA 90030 |



| | | |
|---|---|---|
| **12 Tempoe Financial, LLC** | (26562096)<br>(cr) | |
| **American Water Company**<br>650 Madison St<br>Gary IN 46402 | (26513478)<br>(cr) | |
| **AT&T Wireless Services Inc**<br>Bankruptcy Department<br>PO Box 309<br>Portland OR 97207-0309 | (26513503)<br>(cr) | |
| **Bridgecrest**<br>PO Box 29018<br>Phoenix, AZ 85038 | (26562098)<br>(cr) | |
| **Caine & Weiner**<br>PO Box 500<br>Woodland Hills, CA 91365 | (26562094)<br>(cr) | |
| **Car Credit Ctr**<br>7600 S Western Ave<br>Chicago IL 60620 | (26513487)<br>(cr) | |
| **Chicago Car Ctr**<br>5439 W Cermak Rd<br>Cicero IL 60804 | (26513488)<br>(cr) | |
| **Chicago Finance Dept**<br>500 W Monroe Str<br>Chicago IL 60661 | (26513498)<br>(cr) | |
| **City of Chicago**<br>Department of Revenue<br>Bureau of Parking Bankruptcy<br>121 N LaSalle St Room 107A<br>Chicago IL 60602 | (26513504)<br>(cr) | |
| **Comcast**<br>41112 Concept Dr<br>Plymouth MI 48170-4253 | (26513505)<br>(cr) | |

| | |
|---|---|
| **Comcast Cable Service**<br>5711 S Western Ave<br>Chicago IL 60636 | (26513495)<br>(cr) |
| **ComEd Electric**<br>Utility Company<br>1609 W Grand Ave<br>Chicago IL 60621 | (26513479)<br>(cr) |
| **Commerce Bank**<br>950 N Western Ave #69<br>Lake Forest IL 60045 | (26513500)<br>(cr) |
| **Debt Mgmt State Dept of Treasury**<br>301 S 2nd St #219<br>Springfield IL 62706 | (26513497)<br>(cr) |
| **Dept. of ED/Navient**<br>Po Box 9635<br>Wilkes Barre, PA 18773 | (26562093)<br>(cr) |
| **Dept. of Education/Sallie Mae**<br>PO Box 9635<br>Wilkes Barre, PA 18773 | (26562099)<br>(cr) |
| **Devry University**<br>3300 N Campbell Ave<br>Chicago IL 60618 | (26513485)<br>(cr) |
| **Drive Time**<br>7717 W 95th Str<br>Hickory Hills IL 60457 | (26513490)<br>(cr) |
| **Enterprise Rent A Car**<br>6801 95th Str<br>Oak Lawn IL 60453 | (26513489)<br>(cr) |
| **G&M Indiana Traffice Ticket**<br>555 Polk Str<br>Gary IN 46402 | (26513499)<br>(cr) |
| **Gary Sanitary**<br>839 Broadway<br>Gary IN 46402 | (26513530)<br>(cr) |
| **Harold Washington College**<br>30 E Lake Str<br>Chicago IL 60601 | (26513480)<br>(cr) |
| **JD By Riders**<br>6349 Broadway<br>Merriville IN 46440 | (26513492)<br>(cr) |

**Kennedy King College**
6301 S Halsted Str
Chicago IL 60621

(26513483)
(cr)

**Kohls**
PO Box 30510
Los Angles CA 90030

(26513501)
(cr)

**Law Office of Charles G**
705 N. East St. Two
Bloomington, IL 61701

(26562095)
(cr)

**Merchants Credit Association**
(Elmhurst Memorial Healthcare)
223 W. Jackson St. 900
Chicago, IL 60606

(26562097)
(cr)

**National Louis University**
122 S Michigan Ave
Chicago IL 60603

(26513484)
(cr)

**NIPSCO**
900-1304 Martin Luther King
Gary IN 46404

(26513529)
(cr)

**Olive Harvey College**
10001 S Woodlawn Ave
Chicago IL 60628

(26513482)
(cr)

**Peoples Gas Light & Coke Company**
200 E Randolph Street
Chicago IL 60601

(26513506)
(cr)

**Robert Morris University**
401 S State Str
Chicago IL 60605

(26513486)
(cr)

**Social Security Adm**
104 S Halsted St
Chicago Heights IL 60411

(26513496)
(cr)

**Sprint**
240 S State St
Chicago IL 60604

(26513493)
(cr)

**Taylor Business Institute**
180 N Wabash Ave
Chicago IL 60601

(26513481)
(cr)

**Uhaul Moving & Storage**
1650 E 71st Str
Chicago IL 60649

(26513491)
(cr)

**Vivint Smart Home**  (26513494)
2490 E 79th Ave  (cr)
Merrillville IN 46410